In the Matter of the Appointment of a Committee of the Person and Property of M. EDWARD HERMAN, an Alleged Incompetent Person. ALEXANDER W. HERMAN et al., Appellants; CHARLES T. MURPHY et al., Respondents.— Appeal by the incompetent and his two brothers from an order denying their application to vacate a prior order insofar as it granted an allowance to an attorney for services rendered to the petitioner in the incompetency proceeding and to the committee after she was appointed but before she qualified. Order reversed on the law, with $10 costs and disbursements, payable out of the estate, and motion granted, without costs, and without prejudice to renewal of respondent Murphy's application on proper notice. It is not disputed that notice of the presentation of the petition for the appointment of a committee was served on the three appellants, who thereafter appeared in the proceeding. However, notice of the attorney's application for the allowance for services was not given to appellants, but only to the committee, the temporary guardian and receiver of the incompetent, and an attorney who appeared for the incompetent's wife in connection with a certain motion. In our opinion, notice of the application for the allowance to be paid out of the estate should have been given to appellants. (Civ. Prac. Act, §§ 1360, 1373, 1381, subd. 3; Rules Civ. Prac., rule 288.) Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

In the Matter of the Accounting of NYACK BANK AND TRUST COMPANY et al., as Executors of ELISE M. JEWETT, Deceased, Respondents. FREDERICK STOHLMAN, Appellant-Respondent; G. P. POLLEN JEWETT et al., Respondents-Appellants; SULLIVAN & CROMWELL, Respondents. In the Matter of the Accounting of NYACK BANK AND TRUST COMPANY et al., as Administrators C. T. A. of RICHARD D. JEWETT, Deceased, Respondents. FREDERICK STOHLMAN, Appellant-Respondent; G. P. POLLEN JEWETT et al., Respondents-Appellants; SULLIVAN & CROMWELL, Respondents.— The two proceedings, each for judicial settlement of a final account of fiduciaries of a decedent's estate, the respective decedents having been husband and wife, which resulted in the two decrees under review, one in each proceeding, were treated as a single proceeding by the Surrogate's Court of Rockland County. Three legatees appealed from so much of the decrees as made allowances of various counsel fees and their appeal as to one of the attorneys has been withdrawn by order of this court, made on consent; and one of the attorneys appealed from so much of the decrees as fixed his fee in an amount less than that sought by him. Decrees, insofar as appealed from, unanimously affirmed, with costs to all parties filing briefs, payable out of the estate of Richard Dickinson Jewett, deceased. No opinion. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.